Dennis LAGARES, Jr.; Sherry Lagares
Plaintiffs-Appellants

K. L., by Next Friend, Dennis Lagares,
Jr.; N. L., by Next Friend, Dennis
Lagares, Jr. Plaintiffs

v.

Aaron KOEPPEN, Former Assistant Camden County Prosecutor, individually and in his official capacity; Kenneth M. Hayden, In his official capacity; Steven B. Jackson, In his official and individual capacity; John and Jane Doe, 1-12, 26th Judicial Circuit Court of Missouri Judges, in their official capacity; Amanda Rollins Colgan; Shawn P. Colgan, Jr.; Shawnee Wood, Individually and in her official capacity; Ruth O. Schulte, individually and in her official capacity; Law Office of Ruth O. Schulte; Cisar Law Firm; Barbara Vantine, individually and in her official capacity; Barbara Vantine Law Firm; Jack Miller, Individually; Miller Law Office; Chris Koster, individually and in his official capacity; Mickes, Goldman and O'Toole, LLC; Thomas A. Mickes, individually and in his official capacity; Ernist Trakas, individually and in his official capacity; Michael Carter, individually and in his official capacity; Phillips, McElyea, Carpenter & Welch, P.C.; Jennifer Morgan, individually and in her official capacity; Charles E. McElyea, In his official capacity; Sharron Mizer, individually and in her official capacity; James Brad York, individually and in his official capacity; Crystal Deckard, individually and in her official capacity; Deputy and Mizell, LLC; Amy Rozell Killion, individually and in her official capacity; Daniel C. Mizell, individually and in his official capacity; Evans, individually and in her official capacity; Chris Rasmussen, individually and in his official capacity; Casey Cox, individually and in her official capacity; O'Neil and O'Neil Law Firm; Amy Degraw, individually and in her official capacity; Robert E. O'Neil, individually and in his official capacity; Brandi Rockley, individually and in her official capacity; Lynne Brand, individually and in her official capacity; Catherine Watson, individually and in her official capacity; Brand Law Firm, P.C.; Brook D. McCarrick, DSS Attorney, in her official capacity; Logan Barber; Candice Shilvery, individually and in her official capacity; Susan Barber; Tim Decker, individually and in his official capacity; Kids Harbor, Inc.; Camdenton R-III School District; Diana Sederwall, individually and in her official capacity; Timothy Hatfield, individually and in his official capacity; Camden County Commission; Chris McElyea, in his official capacity; University of Missouri Thompson Center; John and Jane Does, 1-20, Camdenton R-III School Employees and Contracted Individuals; Lebanon R-III School District; Vivant Alarm Systems; Tammy Lupardus, individually and in her official capacity; Central Bank of Lake of the Ozarks; Karen Dugger, individually and in her official capacity; Central Bank Mortgage Jefferson City, Missouri, also known as Central Mortgage Company; Lynette Arnell, individually and in her official capacity; Samantha Rollins Bryant, individual-

ly and in her official capacity; Rebecca Simpson, individually and in her official capacity; Alyson Snyder; Shiela Moore, individually and in her official capacity; Midwest Assessment and Psychotherapy Solutions, P.C.; Debbera Burns, individually and in her official capacity; Dr. Emily R. Olroyd, individually and in her official capacity; Tracy Klein, individually and in her official capacity; Dr. Angela King, individually and in her official capacity; Denise D. McIntosh, individually and in her official capacity; Laclede County Sheriff's Office; Amanda Frazier, individually and in her official capacity; Laclede County Commissioners; Kristine Wapelhorst, individually and in her official capacity; Beverly Chapman, individually and in her official capacity; Duane Widhalm, individually and in his official capacity; Andrew White, individually and in his official capacity; Shalyn Howe, individually and in her official capacity; Theresa Lowe; Kyra Crabtree, individually and in her official capacity; Unknown John and Jan Does, 1-99; Erica York, individually and in her official capacity; Missouri Department of Social Services; Donna Reeves, individually and in her official capacity; Krissy Jackson, individually and in her official capacity; Lebanon R-III School Board; Lebanon R-III Administration; Missouri Department of Elementary and Secondary Education; Sandra Doren, individually and in her official capacity; Daylight Counseling, LLC; Doug Doren, in his official capacity; State of Missouri of the State Courts Administrator; Greg Linhares, in his official capacity; Gail Thompson, individually and in her official capacity; Jo McElwee, Camden County Circuit Clerk, individually and in her official capacity; Deloris Lane, Deputy Clerk, individually and in her official capacity; Camden County Prosecutors Office; Camden County Sheriff's Office; Dwight Franklin, Camden County Sheriff, individually and in his official capacity; Donna Ford Stone; Jeremiah W. "Jay" Nixon, Governor, individually and in his official capacity; Missouri Department of Social Services, and Political Subdivisions; Missouri Department of Social Services, Childrens Division; John and Jane Does, 1-20, Missouri Department of Social Services, in their individual and official capacities; Dana Perkins, individually and in her official capacity; Justina Robinson, individually and in her official capacity Defendants-Appellees

No. 16-2153

United States Court of Appeals, Eighth Circuit.

Submitted: July 5, 2017

Filed: July 24, 2017

Dennis Lagares, Jr., Pro Se

Sherry Lagares, Pro Se

Emily Ann Dodge, Attorney General's Office, Jefferson City, MO, for Defendants-Appellees Aaron Koeppen, Kenneth M. Hayden, Steven B. Jackson, Jennifer Morgan, Sharron Mizer, Amy Rozell Killion, Casey Cox, Brandi Rockley, Catherine Watson, Candice Shilvery, Tim Decker, Missouri Department of Elementary and Secondary Education, State of Missouri of the State Courts Administrator, Greg Linhares, Gail Thompson, Jo McElwee, Deloris Lane, Jeremiah W. 'Jay' Nixon, Missouri Department of Social Services, Childrens

Division, John and Jane Does, 1-20, Dana Perkins

Eric Landon Miller, Miller Law Office, Lebanon, MO, for Defendants-Appellees Amanda Rollins Colgan, Shawn P. Colgan, Jr., Jack Miller, Miller Law Office, Logan Barber, Susan Barber

John Richard Barber, James Christian Morrow, Morrow & Willnauer, Kansas City, MO, Thomas Earl Loraine, Loraine & Associates, Osage Beach, MO, for Defendants-Appellees Ruth O. Schulte, Law Office of Ruth O. Schulte

Steven Swen Meier, Nixa, MO, for Defendant-Appellee Cisar Law Firm

Barbara Vantine, Pro Se

Mary Adina Johnson, R. C. Wuestling, IV, Wuestling & James, Saint Louis, MO, for Defendants-Appellees Mickes, Goldman and O'Toole, LLC, Thomas A. Mickes, Ernist Trakas

Valerie L. Dixon, Michael J. Patton, Jeffrey Dylan Upp, Turner & Reid, Springfield, MO, for Defendants-Appellees Phillips, McElyea, Carpenter & Welch, P.C., Charles E. McElyea

Daniel F. Church, Hillary Hyde, Morrow & Willnauer, Kansas City, MO, for Defendants-Appellees Deputy and Mizell, LLC, Daniel C. Mizell, Chris Rasmussen

Robert E. O'Neil, O'Neil & O'Neil, Lebanon, MO, for Defendant-Appellee O'Neil and O'Neil Law Firm

Kevin Dudley Case, Patric Shane Linden, Michael Clarke Skidgel, Case & Linden, Kansas City, MO, for Defendants-Appellees Robert E. O'Neil, Lebanon R-III School District, Tammy Lupardus, Karen Dugger, Lynette Arnell, Rebecca Simpson, Shiela Moore, Debbera Burns, Tracy Klein, Denise D. McIntosh, Amanda

Frazier, Kristine Wapelhorst, Duane Widhalm, Shalyn Howe, Kyra Crabtree, Erica York, Donna Reeves, Krissy Jackson, Lebanon R-III School Board, Lebanon R-III Administration

Martha Elizabeth Ravenhill, John G. Schultz, Franke & Schultz, Kansas City, MO, for Defendants-Appellees Kids Harbor, Inc., Diana Sederwall

Jennifer R. Hargis, Evans & Dixon, Springfield, MO, for Defendants-Appellees Camdenton R-III School District, Timothy Hatfield, Chris McElyea

John R. Lightner, Jennifer A. Mueller, Baird & Lightner, Springfield, MO, for Defendants-Appellees Camden County Commission, Camden County Prosecutors Office, Camden County Sheriff's Office, Dwight Franklin

Katharine S. Bunn, University of Missouri, Columbia, MO, for Defendant-Appellee University of Missouri Thompson Center

Ronald K. Medin, Central Trust Bank, Jefferson City, MO, for Defendants-Appellees Central Bank of Lake of the Ozarks, Central Bank Mortgage Jefferson City, Missouri

Andrew E. White, Pro Se

Scott Richardson Pool, Gibbs & Pool, Jefferson City, MO, for Defendants-Appellees Sandra Doren, Daylight Counseling, LLC, Doug Doren

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Dennis Lagares, Jr. and Sherry Lagares appeal from the district court's [1] order dis-

---

1.  The Honorable Beth Phillips, United States District Judge for the Western District of Missouri.

missing their complaint for lack of subject matter jurisdiction to the extent that the complaint sought to overturn a state court's child custody adjudication and for the complaint's failure to otherwise state a claim. Having considered the Lagares's arguments for reversal, we find no error in the district court's analysis and no abuse of discretion in its denial of the Lagareses' request for further leave to amend.

The judgment is affirmed. See 8th Cir. R. 47B.